IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES BROADHEAD, # 224 802, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-479-WKW [WO] |
| TRAVIS FITZPATRICK, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

On July 9, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 29th day of July, 2019.

                                              /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE